IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOSHUA J. WALKER, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DISCRETE WIRELESS, INC.; FLEETCOR TECHNOLOGIES OPERATING COMPANY, LLC; and FLEETCOR TECHNOLOGIES, INC. all D/B/A NEXTRAQ®,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:16-CV-2003-MHC |

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Proposed Settlement Agreement [Doc. 51] ("Joint Motion"). Subsequent to the filing of the Joint Motion, the Court held a teleconference on July 27 during which the Court reiterated its adherence to the principle that court filings are a matter of public record and that there is a presumption of openness in FLSA cases. The Court encouraged the parties to revise their settlement agreement in a manner consistent with this principle. The parties complied and filed a revised

Confidential Collective Action Settlement Agreement [Doc. 53-1] ("Settlement Agreement"). See Joint Notice of Filing [Doc. 53].

The Court reviewed the parties' Settlement Agreement to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' Settlement Agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement are a fair, reasonable, and adequate resolution of this action; and (2) the Settlement Agreement was reached in an adversarial context where both parties had legal representation.

Upon consideration of the parties' Joint Motion, the Court **ORDERS** that the payment of the settlement amounts and attorney's fees shall be made as provided in the Settlement Agreement. Except as stated in the Settlement Agreement, each party shall bear its own costs of litigation, including attorney's fees.

Accordingly, the Court **GRANTS** the parties' Joint Motion for Approval of Proposed Settlement Agreement [Doc. 51] and **APPROVES** the parties' Settlement Agreement and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE.**

**IT IS SO ORDERED** this 3rd day of August, 2017.

_____
MARK H. COHEN
United States District Judge